JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant
DANNY RICHARD EDWIN BROWN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1: 13-CR-00085 LJO-SKO |
| Plaintiff, ) | WAIVER OF APPEARANCE |
| ) | AND ORDER THEREON |
| v. ) | |
| ) | DATE:   June 17, 2013 |
| DANNY RICHARD EDWIN BROWN, ) | TIME:    1:00 p.m. |
| ) | Courtroom Three |
| Defendant. ) | |
| ) | HONORABLE SHEILA K. OBERTO |

    Defendant, DANNY RICHARD EDWIN BROWN hereby waives his right to be present in person in open court upon the hearing presently set for June 17, 2013 at 1:00 p.m. in Courtroom Three of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, JOHN  F. GARLAND. Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated:   6/5/2013                                    /s/ Danny Brown
                                                                 DANNY RICHARD EDWIN BROWN
                                                (Original signature in counsel's file)

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant DANNY RICHARD EDWIN BROWN is hereby excused from appearing at the court hearing scheduled for June 17, 2013, at 1:00 p.m.

IT IS SO ORDERED.

**Dated:     June 10, 2013**              /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE