HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DANNY RICHARD EDWIN BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANNY RICHARD EDWIN BROWN,<br><br>Defendant | No. Cr. 1:13-cr-085 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

Defendant, DANNY RICHARD EDWIN BROWN, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 4, 2013, this Court sentenced Mr. Brown to a term of 128 months imprisonment;

3. His total offense level was 32, his criminal history category was III, and the resulting guideline range was 151 to 188 months. He received a reduction off the low-end of the applicable range on the government's motion;

4. The sentencing range applicable to Mr. Brown was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Brown's total offense level has been reduced from 32 to 30, and his amended guideline range is 121 to 151 months. A reduction comparable to the one he received initially produces a term of 102 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Brown's term of imprisonment to a total term of 102 months.

Respectfully submitted,

Dated:  January 28, 2016

BENJAMIN B. WAGNER
United States Attorney


 /s/  *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 28, 2016

HEATHER E. WILLIAMS
Federal Defender


 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
DANNY RICHARD EDWIN BROWN

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Brown is entitled to the benefit Amendment 782, which reduces the total offense level from 32 to 30, resulting in an amended guideline range of 121 to 151 months, and leaving the criminal history category unchanged at III. A reduction comparable to the one he received originally produces a term of 102 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2012 is reduced to a term of 102 months, a sentence that is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an AO247 form reflecting the above reduction in sentence, and shall serve certified copies of the AO247 form on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Brown shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **January 28, 2016**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE